IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BURNETTE AVAKIAN                                                                      PLAINTIFF

V.                                                          CIVIL ACTION NO. 1:12-CV-00139-SA-DAS

CITIBANK N.A.                                                                         DEFENDANT

## FINAL JUDGMENT

Pursuant to the findings of fact and conclusions of law made by the Court on the record at the conclusion of the trial on the merits of this matter, the Court finds in favor of Plaintiff Burnette Avakian. Plaintiff's complaint for declaratory judgment, as amended by the final pretrial order, is GRANTED. This case is closed.

SO ORDERED on this, the 10th day of February, 2014.

                                                    /s/ Sharion Aycock
                                                  **UNITED STATES DISTRICT JUDGE**