IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BURNETTE AVAKIAN                                                                         PLAINTIFF

V.                                                           CIVIL ACTION NO. 1:12-CV-00139-SA-DAS

WILMINGTON TRUST, N.A.                                                                 DEFENDANT

## FINAL JUDGMENT

Pursuant to a Memorandum Opinion issued this day, Plaintiff Burnette Avakian's Motion to Dismiss [129] is DENIED, Citibank N.A.'s Motion to Substitute [133] is GRANTED, and Wilmington Trust, N.A. is hereby substituted as the named defendant to this action. The pending Motion and Renewed Motion for Entry of Final Judgment [120, 133] are GRANTED.

The Court hereby enters final judgment in favor of Defendant Wilmington Trust, N.A. Plaintiff's complaint for declaratory judgment, as amended by the final pretrial order, is DISMISSED with prejudice. This case is closed.

SO ORDERED on this, the 4th day of August, 2015.

                                               /s/ Sharion Aycock
                                               **U.S. DISTRICT JUDGE**